IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 4:16-MJ-166 (08) |
| BILLY JAMES LEVERETT | | |

### WAIVER OF PRELIMINARY EXAMINATION AND CONSENT FOR MAGISTRATE JUDGE TO DETERMINE THE DETENTION ISSUE BASED ON THE DOCUMENTS

I understand that I have been charged in a complaint pending in this district. Having appeared before this Court and been advised of my rights including my right to have a preliminary examination, do hereby waive (give up) my right to a preliminary examination. I further consent to the Magistrate Judge's considering the complaint and pretrial service report filed in this case in determining the matter of detention.

_4/29/16_
Date

_[signature]_
BILLY JAMES LEVERETT, Defendant

_[signature]_
Counsel for Defendant